IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **BRADLEY WANAMAKER**<br><br>v.<br><br>**OUTBACK STEAKHOUSE OF FLORIDA, LLC** | **CIVIL ACTION**<br><br>NO.  25-5027 |
|---|---|

## SCHEDULING ORDER

**AND NOW**, this 16th day of September, 2025, pursuant to Rule 16, Federal Rules of Civil Procedure:

1. Discovery deadline:   January 16, 2026.

2. Exchange of expert reports pursuant to Rule 26(a)(2).

   Plaintiff:   December 5, 2025.

   Defendant:   January 2, 2026.

3. This case is eligible for Arbitration.  As such, the Arbitration hearing shall be set by this Court's Arbitration Department.

4. This case is REFERRED to U.S. Magistrate Judge Caroline A. Cinquanto for settlement purposes.  Judge Cinquanto's Chambers will contact counsel as to whether settlement discussions have taken place and to schedule a settlement conference.  If you do not hear from her Chambers, please reach out to them within two weeks at 267-299-7750.  The parties shall follow Judge Baylson's pretrial and trial procedures.

BY THE COURT:

/s/ Michael M. Baylson
MICHAEL M. BAYLSON, U.S.D.J.