IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADLEY WANAMAKER, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 25-5027 |
| v. | : | |
| OUTBACK STEAKHOUSE OF FLORIDA LLC, | : | |
| Defendant. | : | |

**O R D E R**

AND NOW, this 16th day of September 2025, IT IS HEREBY ORDERED that a TELEPHONIC status conference is scheduled before the undersigned on Monday, September 29, 2025 at 2:00 p.m.

The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call. In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call. Chambers will email counsel the conference line information.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*
CAROLINE GOLDNER CINQUANTO
UNITED STATES MAGISTRATE JUDGE